### Ross *v.* WILLETT *et al.*

*(Supreme Court, General Term, First Department. January 16, 1891.)*

Appeal from special term, New York county.

Action by Frank Ross, as ancillary administrator of James C. Ross, deceased, against Nathaniel P. Hamlin, Wallace P. Willett, and others. Plaintiff appeals from an order, making a previous order, that the complaint be made more definite and certain, granted on motion of defendant Hamlin, applicable to defendant Willett. For decision on appeal from that order, see *ante,* 102.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Wilcox, Adams & Macklin,* (*Geo. Bethune Adams,* of counsel,) for appellant. *Theodore F. Sanxay,* for respondent.

VAN BRUNT, P. J. The decision of the appeal in the case of *Ross* v. *Hamlin, ante,* 102, disposes of the appeal in this case. The order should therefore be affirmed, without costs. All concur.